## CLAYTON v. BURNETT

No. 60P00

Case below: 135 N.C.App. 746

Petition by defendants (Burnett, Kenneth Henderson Trucking Company, Inc. and Henderson) for discretionary review pursuant to G.S. 7A-31 denied 6 April 2000. Petition by defendant (Chip Lee Hall) for discretionary review pursuant to G.S. 7A-31 denied 6 April 2000.

## DILLARD v. DILLARD

No. 468P99

Case below: 133 N.C.App. 657

Petition by defendant pro se for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 6 April 2000. Petition by defendant pro se for writ of certiorari to review the order of the North Carolina Court of Appeals denied 6 April 2000.

## DURHAM v. DESSENBERGER

No. 419A99

Case below: 134 N.C.App. 498

Motion by defendant to dismiss appeal denied 9 March 2000.

## EVANS v. McLAMB SUPERMARKET

No. 52P00

Case below: 136 N.C.App. 441

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 6 April 2000.

## GOODWIN v. SCHNEIDER NAT'L, INC.

No. 181P99

Case below: 132 N.C.App. 585
　　　　　　350 N.C. 593
　　　　　　350 N.C. 830

Motion (second) by plaintiff to reconsider denial of petition for discretionary review denied 6 April 2000.